IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BILLY JOE NIELSON,<br><br>Defendant. | ORDER TO UNSEAL INDICTMENT<br><br>1:21-CR-00012 HCN<br><br>Howard C. Nielson, Jr.<br>United States District Judge |

Based on the motion of the United States, and for good cause appearing, the Court hereby orders that the indictment and this case be unsealed.

DATED this 17th day of February, 2021.

_____
Howard C. Nielson, Jr.
United States District Court Judge