Adam G. Bridge
Office of the Federal Public Defender, District of Utah
46 W. Broadway, Ste. 110
Salt Lake City, UT 84101
Phone: (801) 524-4010 | Fax: (801) 524-4060
Email: adam_bridge@fd.org

UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>vs.<br><br>Billy Joe Nielson,<br><br>    Defendant. | **Motion for Leave to Withdraw**<br><br><br><br>Case No. 1:21-cr-12 HCN |

   On April 11, 2021, Aaron J. Nielson entered his appearance on Mr. Nielson's behalf.[1] Mr. Nielson no longer needs the services of the Federal Public Defender's Office; therefore, the undersigned requests leave to withdraw.

             Respectfully Submitted:

             */s/ Adam G. Bridge*
             Adam G. Bridge
             Assistant Federal Public Defender

Dated: April 14, 2021.

---

[1] Notice of Attorney Appearance, ECF No. 15.