UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| United States of America,<br><br>                    Plaintiff,<br><br>vs.<br><br>Billy Joe Nielson,<br><br>                    Defendant. | **Order Granting Motion for Leave to Withdraw**<br><br><br>Case No. 1:21-cr-12 HCN |

Before the Court is appointed counsel's motion for leave to withdraw.

On April 11, 2021, Aaron J. Nielson entered his appearance on Mr. Nielson's behalf.[1] Mr. Nielson no longer needs a court-appointed attorney; therefore, counsel's motion for leave to withdraw is **granted** and the Federal Public Defender's Office is hereby relieved of all further responsibility in this matter.

BY THE COURT:

Howard C. Nielson, Jr
United States District Judge

Dated: April __, 2021.

---

[1] Notice of Attorney Appearance, ECF No. 15.